IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Avondale Mills, Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| Norfolk Southern Corporation, *et al.*, | ) ) Civil Action No. 1:05-CV-2817-MBS ) |
| Defendants. | ) ) ) ) |

**EXPERT WITNESS DISCLOSURES OF DEFENDANTS NORFOLK SOUTHERN CORPORATION AND NORFOLK SOUTHERN RAILWAY COMPANY**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Scheduling Order in this matter, Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company (hereinafter "Norfolk Southern") hereby disclose the following experts as witnesses for trial in this case.

1. Norfolk Southern discloses the following expert witnesses and hereby certifies that copies of the reports of these experts have been provided to counsel for Avondale Mills, Inc. ("Avondale") and Factory Mutual Insurance Company ("Factory Mutual").

   a. Robert Baboian, Ph.D., P.E.
      RB Corrosion Service
      Greenville, RI
      (401) 949-1661

b.  Warren L. Beck
    Beck Management Group
    226 Heron Shores
    McCormick, SC 29835
    (864) 391-3418

c.  George Watts Carr III
    203 Country Club Drive
    Greensboro, NC 27408
    (336) 378-0799

d.  Kitty G. Dickerson, Ph.D.
    University of Missouri – Columbia
    College of Human Environmental Sciences
    Columbia, MO 65211-7700
    (573) 882-9638

e.  F. Dean Driskell III, MBA, CPA
    FTI Consulting, Inc.
    One Atlantic Center
    1201 West Peachtree Street, Suite 500
    Atlanta, GA 30309
    (404) 460-6225

f.  Craig T. Elson, CPA
    LECG
    33 West Monroe Street, Suite 2300
    Chicago, IL 60603
    (312) 267-8211

g.  Joe L. Eudy, SIA, AIC
    Eudy & Associates, Inc.
    204 Spring Valley Court
    Columbia, SC 29223
    (803) 865-3903

h.  Kevin C. Garrity, P.E.
    CC Technologies, Inc.
    5777 Frantz Road
    Dublin, OH 43017-1386
    (614) 761-1214

i.  W. Kenneth Humphries, Ph.D.
    Terracon Consulting
    521 Clemson Road
    Columbia, SC 29229
    (803) 741-9000

j.  David Lasater, Ph.D., CPA
    FTI Consulting, Inc.
    3 Times Square, 11th floor
    New York, NY 10036
    (212) 499-3639

k.  Doran V. McClellan
    Navigant Consulting, Inc.
    One Market Street
    Spear Street Tower, Suite 1200
    San Francisco, CA 94105
    (415) 356-7100

l.  John M. McKinney, P.E.
    Packer Engineering, Inc.
    P.O. Box 353
    Naperville, IL 60566-0353
    (630) 577-1896

m.  Donald Raulerson, M.S., CPA
    FTI Consulting, Inc.
    One Atlantic Center
    1201 West Peachtree Street, Suite 500
    Atlanta, GA 30309
    (404) 460-6220

n.  Michael Rickman
    Liberty Denim, LLC
    3060 Peachtree Road, N.W., Suite 898
    Atlanta, GA 30305
    (404) 816-0545

o.  David T. Robinson, Ph.D.
    Duke University, Fuqua School of Business
    1 Towerview Drive
    Durham, NC 27708
    (919) 660-8023

p.  John R. Scully, Ph.D.
    University of Virginia
    116 Engineer's Way
    P.O. Box 400745
    Charlottesville, VA 22904-0745
    (434) 982-5786

    q. Nathan W. Shelton
       1240 Taylors Road
       Taylors, SC 29687
       864-244-1256

2. Norfolk Southern reserves the right to designate a responsive expert to any expert designated after this date.

3. Norfolk Southern also reserves the right to call any expert witness who may be required to substitute for another expert listed herein in the event that the listed expert becomes unavailable to testify at trial due to any circumstances beyond Norfolk Southern's control.

4. Norfolk Southern further identifies the experts it disclosed in the *In re: Graniteville* cases and adopts the reports issued by those experts. *See* Defendants Norfolk Southern Corporation's and Norfolk Southern Railway Company's General Expert Witness Disclosures Pursuant to Rule 26(a)(2), Docket No. 208 (Dec. 29, 2006).

Defendants further reserve the right to supplement this list prior to trial.

Dated: January 22, 2007

                              Respectfully submitted,

                              _s/ Ronald G. Tate, Jr._
                              Daniel B. White (Fed. ID #4612)
                              W. Howard Boyd, Jr. (Fed. ID #1431)
                              Ronald G. Tate, Jr. (Fed. ID #4021)
                              GALLIVAN, WHITE & BOYD, P.A.
                              55 Beattie Place, Suite 1200
                              P.O. Box 10589
                              Greenville, SC 29603
                              (864) 271-9580 (tel.)
                              (864) 271-7502 (fax)

Joe G. Hollingsworth (*pro hac vice*)
Katharine R. Latimer (*pro hac vice*)
Frank Leone, Jr. (*pro hac vice*)
Peter J. Skalaban (*pro hac vice*)
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Suite 900
Washington, DC 20005
(202) 898-5800 (tel.)
(202) 682-1639 (fax)

**ATTORNEYS FOR DEFENDANTS NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY**