*Avondale Mills, Inc. v. Norfolk Southern Corp., et al.,* No. 1:05-2817

LIST OF ATTACHMENTS TO DEFENDANTS
NORFOLK SOUTHERN CORPORATION AND NORFOLK SOUTHERN
RAILWAY COMPANY'S MOTION FOR EXTENSION OF DEADLINE TO
COMPLETE DEPOSITIONS AND ADJUSTMENT OF DEADLINE FOR FILING
DISPOSITIVE MOTIONS

| **ATT.** | **DESCRIPTION** |
|---|---|
| 1. | Deposition Schedule |
| 2. | R. Sizemore Ltr. to D. McMinn (June 16, 2007) |
| 3. | Norfolk Southern's subpoena to Factory Mutual (April 14, 2006) |
| 4. | R. Sizemore Ltr. to D. McMinn (June 15, 2007) |
| 5. | Dennis Corrigan Deposition Transcript (April 5, 2000) (excerpts) |
| 6. | F. Leone Ltr. to R. Fischer and M. Smith (April 18, 2007) |
| 7. | F. Leone Ltr. to M. Smith (June 4, 2007) |
| 8. | Plaintiffs' Interrogatories to Defendants Norfolk southern Corporation and Norfolk Southern Railway Company (June 13, 2007) |