*Avondale Mills, Inc. and Factory Mutual Ins. Co. v. Norfolk Southern Corp. and Norfolk Southern Railway Co.,* **No. 1:05-2817**

## LIST OF ATTACHMENTS TO NORFOLK SOUTHERN'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL SURREBUTAL REPORTS OF DR. DAVID T. ROBINSON, DR. DAVID B. LASATER AND CRAIG T. ELSON

| ATT. | DESCRIPTION |
|---|---|
| 1. | Dr. David T. Robinson Supplemental Surrebuttal Report, Feb. 1, 2008 |
| 2. | Dr. David B. Lasater Supplemental Surrebuttal Report, Jan. 31, 2008 |
| 3. | Craig T. Elson Supplemental Surrebuttal Report, Feb. 1, 2008 |
| 4. | B. Easterlin E-Mail to B. Berger, Dec. 3, 2007 |
| 5. | B. Berger E-Mail to B. Easterlin, Dec. 3, 2007 |
| 6. | B. Easterlin E-Mail to B. Berger, Dec. 10, 2007 |
| 7. | Hr'g Tr., Jan. 17, 2008 (Rough) (Excerpts) |
| 8. | J. Altherr Dep., Dec. 14, 2007 (Excerpts) |
| 9. | B. Easterlin E-Mail to B. Berger, Nov. 15, 2007 |
| 10. | B. Easterlin E-Mail to B. Berger, Nov. 20, 2007 |
| 11. | S. Felker, Sr. Notice of Deposition, Jan. 9, 2008 |
| 12. | GAC Holdings, LLC and GAC, LLC Notice of Deposition, Jan. 9, 2008 |
| 13. | B. Berger Ltr. to M. Russ, Jan. 10, 2008 |
| 14. | B. Easterlin Ltr. to B. Berger, Jan. 23, 2008 |
| 15. | B. Easterlin Ltr. to B. Berger, Jan. 24, 2008 |
| 16. | Felker, Sr. Dep. Jan. 28, 2008 (Rough) (Excerpts) |
| 17. | J. Wester E-Mail sent on behalf of M. Russ to B. Berger, Feb. 1, 2008 |