# ATTACHMENT 12

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | |
|---|---|
| Avondale Mills, Inc. and Factory Mutual Insurance Company, ) ) ) | |
| Plaintiffs, ) ) | NOTICE OF VIDEOTAPED |
| v. ) ) | DEPOSITION |
| Norfolk Southern Corporation, *et al.* ) ) | C.A. 1:05-CV-2817-MBS |
| Defendants. ) | |

**NOTICE OF TAKING RULE 30(b)(6) DEPOSITION OF GAC HOLDINGS, LLC**

**AND GAC, LLC**

TO: Ben F. Easterlin, IV, Esq.
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA 30309

Mike Smith, Esq.
Logan, Jolly, & Smith, LLP
P.O. Box 259
Anderson, SC 29622

Callison Tighe & Robinson, LLC
1812 Lincoln Street
Columbia, SC 29201

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company ("Norfolk Southern") will take the videotape deposition of GAC Holdings, LLC and GAC, LLC (collectively "GAC") upon oral examination on January 28, 2008 at 9:00 am at the offices of Gallivan, White & Boyd, PA, 55 Beattie Place, Suite 1200, P.O. Box 10589, Greenville, SC

29603, before an officer authorized by law to administer oaths. The matters on which examination is requested are as follows:

1. The purchase by GAC of properties previously owned by Avondale Mills, Inc. or its affiliates in and around Graniteville, South Carolina, and elsewhere in Aiken County, South Carolina.

2. The negotiations surrounding the aforesaid purchases by GAC.

3. The Asset Sales Agreement reflecting the aforesaid purchases by GAC.

4. The provisions of the Asset Sales Agreement relating to liability for possible environmental remediation at or around the properties acquired by GAC in the aforesaid purchases.

5. All discussions and information obtained by GAC concerning the environmental problems if any relating to the properties acquired by GAC in the aforesaid purchases, including but not limited to:

    a. the contaminants of concern;

    b. the remedial measures contemplated to remedy such contamination;

    c. the proposed or estimated costs of such remedial measures;

    d. "Phase 1 and Phase 2 environmental assessments" or their equivalents obtained in relation to said properties.

6. The specific boundaries of the properties acquired by GAC in relation to other properties acquired from Avondale Mills, Inc. by Community Environmental Company, LLC and/or other companies or entities affiliated with the general partners of GAC.

7. The reasons for and process of dividing the acquisitions from Avondale Mills, Inc. between GAC and Community Environmental Company, LLC and other entities.

8. Discussions or conversations or exchanges of correspondence that any of the partners of GAC have had with Stephen Felker, Sr. or Stephen Felker, Jr. concerning any possible future business involvements together or any present business involvements together other than relating to the sale of properties by Avondale Mills, Inc.

Deponent is directed to bring with him the documents described in Attachment A hereto.

Dated: January 9, 2008

W. Howard Boyd, Jr. (Fed. I.D. #1431)
Phillip E. Reeves (Fed I.D. #3232)
Ronald K. Wray, II (Fed I.D. #5763)
Ronald G. Tate, Jr. (Fed. I.D. #4021)
Jennifer E. Johnsen (Fed. I.D. #5427)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
P.O. Box 10589
Greenville, SC 29603
(864) 271-9580 (tel.)
(864) 271-7502 (fax)
hboyd@gwblawfirm.com
preeves@gwblawfirm.com
rwray@gwblawfirm.com
rtate@gwblawfirm.com
jjohnsen@gwblawfirm.com

Joe G. Hollingsworth (*pro hac vice*)
Katharine R. Latimer (*pro hac vice)*
Frank Leone, Jr. (*pro hac vice*)
Bruce J. Berger (*pro hac vice*)
Peter J. Skalaban, Jr. (*pro hac vice*)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800 (tel.)
(202) 682-1639 (fax)

Crawford S. McGivaren, Jr. (*pro hac vice*)
CABANISS, JOHNSTON, GARDNER, DUMAS
& O'NEAL, LLP
P.O. Box 830612
Birmingham, AL 35283-0612
(205) 716-5312 (tel.)
(205) 716-5389 (fax)

John C. Duffey (*pro hac vice*)
STUART & BRANIGIN, LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN 47902
(765) 423-1561 (tel.)
(765) 742-8175 (fax)

ATTORNEYS FOR DEFENDANTS NORFOLK
SOUTHERN CORP. AND NORFOLK
SOUTHERN RAILWAY COMPANY

## ATTACHMENT A

1. All environmental assessments relating to the properties at issue, including but not limited to "phase 1 and phase 2" environmental assessments that have been performed in relation to such properties.

2. All notes or other documents reflecting or containing communications between or among GAC and Avondale Mills, Inc. in relation to GAC's acquisition of said properties.

3. All notes or other documents reflecting or containing communications between or among GAC principals and Stephen Felker, Sr. and/or Stephen Felker, Jr. concerning other business activities among them.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | |
|---|---|
| Avondale Mills, Inc. and Factory Mutual Insurance Company,<br><br>    Plaintiffs,<br><br>v.<br><br>Norfolk Southern Corporation, *et al.*<br><br>    Defendants. | CERTIFICATE OF SERVICE<br><br>C.A. 1:05-CV-2817-MBS |

The undersigned hereby certifies that she served on January 9, 2008, Norfolk Southern Corporation's and Norfolk Southern Railway Company's Notice of Taking Rule 30(b)(6) Deposition of GAC Holdings, LLC and GAC, LLC by placing a copy of same in U.S. mail addressed to counsel:

Ben F. Easterlin, IV, Esquire
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA  30309-3521

Michael T. Smith, Esquire
Logan, Jolly & Smith LLP
P O Box 259
Anderson, SC  29622

Terry E. Richardson, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
P O Box 1368
Barnwell, SC  29812

Richard L. Sizemore, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2600 One Atlanta Plaza
950 E. Paces Ferry Rd., NE
Atlanta, GA  30326-1119

                                                          */s/ Cheryl Rodgers*
                                                          Cheryl Rodgers
                                                          Paralegal

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | | |
|---|---|---|
| Avondale Mills, Inc. and Factory Mutual Insurance Company, | ) ) ) | |
| Plaintiffs, | ) ) | NOTICE OF VIDEOTAPED DEPOSITION |
| v. | ) ) | |
| Norfolk Southern Corporation, *et al.* | ) ) | C.A. 1:05-CV-2817-MBS |
| Defendants. | ) ) | |

## **NOTICE OF TAKING RULE 30(b)(6) DEPOSITION OF COMMUNITY ENVIRONMENTAL COMPANY, LLC**

TO:  Ben F. Easterlin, IV, Esq.
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA 30309

Mike Smith, Esq.
Logan, Jolly, & Smith, LLP
P.O. Box 259
Anderson, SC 29622

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company ("Norfolk Southern") will take the videotape deposition of Community Environmental Company, LLC ("CEC") upon oral examination on January 28, 2008 at 9:00 a.m. at the offices of Gallivan, White & Boyd, PA, 55 Beattie Place, Suite 1200, P.O. Box 10589, Greenville, SC 29603, before an officer authorized by law to administer oaths. The matters on which examination is requested are as follows:

1. The purchase by CEC of properties previously owned by Avondale Mills, Inc. or its affiliates in and around Graniteville, South Carolina, and elsewhere in Aiken County, South Carolina.

2. The negotiations surrounding the aforesaid purchases by CEC.

3. The Asset Sales Agreement reflecting the aforesaid purchases by CEC.

4. The provisions of the Asset Sales Agreement relating to liability for possible environmental remediation at or around the properties acquired by CEC in the aforesaid purchases.

5. All discussions and information obtained by CEC concerning the environmental problems if any relating to the properties acquired by CEC in the aforesaid purchases, including but not limited to:

    a. the contaminants of concern;

    b. the remedial measures contemplated to remedy such contamination;

    c. the proposed or estimated costs of such remedial measures;

    d. "Phase 1 and Phase 2 environmental assessments" or their equivalents obtained in relation to said properties.

6. The specific boundaries of the properties acquired by CEC in relation to other properties acquired from Avondale Mills, Inc. by GAC Holdings, LLC and/or GAC, LLC and/or other companies or entities affiliated with the general partners of CEC.

7. The reasons for and process of dividing the acquisitions from Avondale Mills, Inc. between CEC and GAC, LLC and GAC Holdings, LLC, and other entities.

8.  Discussions or conversations or exchanges of correspondence that any of the partners of CEC have had with Stephen Felker, Sr. or Stephen Felker, Jr. concerning any possible future business involvements together or any present business involvements together other than relating to the sale of properties by Avondale Mills, Inc.

Deponent is directed to bring with him to the deposition the documents identified on Attachment A hereto.

Dated: January 9, 2008

_____
W. Howard Boyd, Jr. (Fed. I.D. #1431)
Phillip E. Reeves (Fed I.D. #3232)
Ronald K. Wray, II (Fed I.D. #5763)
Ronald G. Tate, Jr. (Fed. I.D. #4021)
Jennifer E. Johnsen (Fed. I.D. #5427)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
P.O. Box 10589
Greenville, SC 29603
(864) 271-9580 (tel.)
(864) 271-7502 (fax)
hboyd@gwblawfirm.com
preeves@gwblawfirm.com
rwray@gwblawfirm.com
rtate@gwblawfirm.com
jjohnsen@gwblawfirm.com

Joe G. Hollingsworth (*pro hac vice*)
Katharine R. Latimer (*pro hac vice)*
Frank Leone, Jr. (*pro hac vice*)
Bruce J. Berger (*pro hac vice*)
Peter J. Skalaban, Jr. (*pro hac vice*)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC  20005
(202) 898-5800 (tel.)
(202) 682-1639 (fax)

Crawford S. McGivaren, Jr. (*pro hac vice*)
CABANISS, JOHNSTON, GARDNER, DUMAS
& O'NEAL, LLP
P.O. Box 830612
Birmingham, AL  35283-0612
(205) 716-5312 (tel.)
(205) 716-5389 (fax)

John C. Duffey (*pro hac vice*)
STUART & BRANIGIN, LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN  47902
(765) 423-1561 (tel.)
(765) 742-8175 (fax)

ATTORNEYS FOR DEFENDANTS NORFOLK
SOUTHERN CORP. AND NORFOLK
SOUTHERN RAILWAY COMPANY

## ATTACHMENT A

1. All environmental assessments relating to the properties at issue, including but not limited to "phase 1 and phase 2" environmental assessments that have been performed in relation to such properties.

2. All notes or other documents reflecting or containing communications between or among CEC and Avondale Mills, Inc. in relation to CEC's acquisition of said properties.

3. All notes or other documents reflecting or containing communications between or among CEC principals and Stephen Felker, Sr. and/or Stephen Felker, Jr. concerning other business activities among them.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | |
|---|---|
| Avondale Mills, Inc. and Factory Mutual Insurance Company, ) ) ) | |
| Plaintiffs, ) ) ) | CERTIFICATE OF SERVICE |
| v. ) ) ) | C.A. 1:05-CV-2817-MBS |
| Norfolk Southern Corporation, *et al.* ) ) ) | |
| Defendants. ) | |

The undersigned hereby certifies that she served on January 9, 2008, Norfolk Southern Corporation's and Norfolk Southern Railway Company's Notice of Taking Rule 30(b)(6) Deposition of Community Environmental Company, LLC by placing a copy of same in U.S. mail addressed to counsel:

Ben F. Easterlin, IV, Esquire
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309-3521

Michael T. Smith, Esquire
Logan, Jolly & Smith LLP
P O Box 259
Anderson, SC 29622

Terry E. Richardson, Esquire
Richardson, Patrick, Westbrook & Brickman, LLC
P O Box 1368
Barnwell, SC 29812

Richard L. Sizemore, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2600 One Atlanta Plaza
950 E. Paces Ferry Rd., NE
Atlanta, GA 30326-1119

*/s/ Cheryl Rodgers*
Cheryl Rodgers
Paralegal

6